# Court of Appeals
# of the State of Georgia

ATLANTA, June 01, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1362. HAROLD MILLER v. KASAY COMBS.**

This case originated as a suit on account in magistrate court. After the magistrate court found in favor of Kasay Combs, Harold Miller appealed to the superior court. The superior court also found in favor of Combs and affirmed the magistrate's judgment of $15,000. Miller then filed this direct appeal. We, however, lack jurisdiction.

Because the order at issue concerns a de novo appeal from a magistrate court decision, Miller was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 06/01/2022

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*